■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG MIGHTY, Appellant. [61 NYS3d 904]—Judgment, Supreme Court, Bronx County (William Mogulescu, J.), rendered July 7, 2015, convicting defendant, upon his plea of guilty, affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.

■ HEATHER JAMES, LLC, et al., Respondents, v DAY & MEYER, MURRAY & YOUNG CORP., Appellant. [62 NYS3d 274]—Order, Supreme Court, New York County (Robert R. Reed, J.), entered April 5, 2017, which denied defendant's motion to renew its motion for partial summary judgment limiting its liability to the amounts specified in the parties' contracts, unanimously affirmed, without costs.

Defendant's motion to renew is not based on any new law, since this Court's prior decision affirming the denial of summary judgment relied on established precedent (142 AD3d 842, 842-843 [1st Dept 2016], citing former UCC 7-204 [2], now 7-204 [b]; *I.C.C. Metals v Municipal Warehouse Co.*, 50 NY2d 657 [1980]). Nor did defendant offer facts that were unavailable at the time of the original motion sufficient to grant the renewal motion (CPLR 2221 [e] [2]; *Reyes v Charles H. Greenthal & Co.*, 24 AD3d 131, 132 [1st Dept 2005]). Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.